IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Joshua Lee Ferguson, ) | Civil Action No.: 6:08-1598-HFF-BHH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **REPORT AND RECOMMENDATION** |
| Accounts Receivable Management, ) | **OF MAGISTRATE JUDGE** |
| Inc.; JP Morgan Chase Bank, NA, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the plaintiff's motion for default judgment against Defendant JP Morgan Chase Bank, NA. [Doc. 17.] To date, JP Morgan, has not made any appearance. The Court, however, has no evidence that JP Morgan has ever been properly served. On July 7, 2008, the Court specifically requested that the plaintiff file proof of service. To date, no proof of service has been filed. Accordingly, no entry of default should be made nor judgment entered against JP Morgan. *See* Fed. R. Civ. P. 55.

**CONCLUSION AND RECOMMENDATION**

Wherefore, based upon the foregoing, the Court recommends that the plaintiff's motion for default judgment be DENIED [Doc. 17].

IT IS SO RECOMMENDED.

s/Bruce H. Hendricks
United States Magistrate Judge

August 25, 2008
Greenville, South Carolina

**The plaintiff's attention is directed to the important notice on the next page.**

**Notice of Right to File Objections to Report and Recommendation**

The parties are advised that they may file specific written objections to this Report and Recommendation with the District Court Judge. Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections. In the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310 (4th Cir. 2005).

Specific written objections must be filed within ten (10) days of the date of service of this Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The time calculation of this ten-day period excludes weekends and holidays and provides for an additional three (3) days for filing by mail. Fed. R. Civ. P. 6(a) & (e). Filing by mail pursuant to Fed. R. Civ. P. 5 may be accomplished by mailing objections to:

> Larry W. Propes, Clerk
> United States District Court
> P.O. Box 10768
> Greenville, South Carolina 29603

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.** 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985).