AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

Joshua Lee Ferguson, et al

    vs.

Accounts Receivable Management Inc., et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 6:08-1598-HFF

**[X]**    **Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered.

    **IT IS ORDERED AND ADJUDGED** that this case be dismissed with prejudice.

LARRY W. PROPES, Clerk

By: s/Angela Lewis
    Deputy Clerk

October 7, 2008